UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL DERVIN,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No. CR08-245-RSL<br>)<br>)<br>)  DETENTION ORDER<br>)<br>) |

<u>Offenses charged</u>:

    COUNT 1: Conspiracy to Traffic in Motor Vehicles or Motor Vehicle parts, in violation of 18 U.S.C. § 371.

<u>Date of Detention Hearing</u>:   July 18, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1)    Defendant has a lengthy criminal history, including an assault using firearms.

    2)    Defendant has been charged with other infractions involving firearms.

    3)    Defendant has an unlawful possession of firearms charge pending before the Superior Court for King County.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

4) Defendant is charged in a conspiracy involving substantial economic harm. He is also associated with two dates of birth and two social security numbers. When he was arrested, he was in a stolen vehicle and more than one dozen checkbooks in different names and personal property and identification were found. Consequently, there is a substantial threat of economic danger to the community in addition to substantial issues of the safety of the community.

5) There are no conditions or combination of conditions other than detention that will reasonably address the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge